

SO ORDERED,

*Edward E. Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: February 5, 2015**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: VICKI E. HEWITT                    CASE NO. 14-00883-ee
                                          CHAPTER 13

M&T BANK                                  MOVANT
VS
VICKI E. HEWITT                           RESPONDENT

HAROLD J. BARKLEY T1, JR.                 RESPONDENT

### AGREED ORDER WITHDRAWING MOTION FOR RELIEF
### FROM AUTOMATIC STAY AND FOR ABANDONMENT

**This Matter** having been set for hearing on February 18, 2015 at 1:30 p.m. on the Motion

for Relief from Automatic Stay and for Abandonment as to Debtor and Co-Debtor filed by M&T

Bank (Dk#70) and the Court being advised that the Movant wishes to withdraw the Motion for

Relief from Automatic Stay and for Abandonment.

**Therefore**, the Motion for Relief from Automatic Stay and for Abandonment filed by M&T

Bank is withdrawn and any Debtor's and Trustee's responses are now moot.

### ##END OF ORDER##

IN RE: VICKI E. HEWITT                                CASE NO. 14-00883-ee
                                                      CHAPTER 13

RESPECTFULLY SUBMITTED

_____

ATTORNEY FOR MOVER
MICHAEL JEDYNAK, (Bar# 103014)
MORRIS AND ASSOCIATES
2309 Oliver Road
Monroe, Louisiana 71201
(318) 330-9020
mjedynak@ms.creditorlawyers.com

Tylvester O. Goss
Attorney for Debtor(s)